IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


SAMUEL R. CONE, II,

       Appellant,

 v.
                                          Case No. 5D22-2585
                                          LT Case No. 2013-CF-000767

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed December 22, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Samuel R. Cone, II, Lake City, pro se.

No Appearance for Appellee.


PER CURIAM.

      Appellant appeals the trial court's denial of his petition for writ of habeas corpus in Marion County Circuit Court Case No. 2013-CF-000767. We affirm the trial court's order and caution Appellant that abusive, repetitive, malicious, or frivolous filings directed to Marion County Circuit Court Case

No. 2013-CF-000767 may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2019); State v. Spencer, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; PRO SE CAUTIONED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.